

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-16-00299-CV

---

WATTS WATER TECHNOLOGIES, INC., AND WATTS REGULATOR CO.,
APPELLANTS

V.

TEXAS FARMERS INSURANCE CO., AS SUBROGEE OF BARRY HENTHORN,
APPELLEE

---

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2015-518,805, Honorable William C. Sowder, Presiding

---

January 12, 2017

## ORDER OF ABATEMENT

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants Watts Water Technologies, Inc., and Watts Regulator Co., and appellee Texas Farmers Insurance Company as subrogee of Barry Henthorn have filed a joint motion to abate this appeal. Appended to the joint motion is a copy of a December 7, 2016 order of the United States District Court for the District of Nebraska, issued in *Sharp, et al. v. Watts Regulator Co.,* No. 8:16-cv-00200-JFB-TDT (D. Neb.). The order grants preliminary approval of a class action settlement, provides for notice to

potential settlement class members, and sets a final fairness hearing for March 8, 2017. According to the parties' joint motion, the pending class action "involves the same kind of alleged defects in the same kind of product at issue in this litigation, and involves Watts [Regulator Co.] and Farmers as a potential claimant under the class settlement." The parties further state the federal district court's order preliminarily approving the class settlement in *Sharp* "enjoins matters such as the present case . . . ."

By their joint motion, the parties request this appeal be abated "pending final approval of the class settlement and the finalization of this case's settlement." The parties' joint motion is granted. The appeal is abated until further order of the Court. Appellants shall file a report on the status of the *Sharp* class action no later than May 15, 2017, and shall promptly inform the Court of any other event authorizing reinstatement or dismissal of this appeal.

It is so ordered.

Per Curiam